IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff and Defendant in | ) | NO. 08-CV-0009-JOF |
| Counterclaim, | ) | |
| | ) | STIPULATION OF |
| v. | ) | DISMISSAL PURSUANT |
| | ) | TO FED. R. CIV. P. |
| ADVENTURE OUTDOORS, INC., | ) | RULE 41(a)(1) |
| and WALLACE & WALLACE, INC., | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |

IT IS HEREBY STIPULATED AND AGREED TO, by and between (1) NAUTILUS INSURANCE COMPANY (hereinafter "NIC"), (2) GENESEE GENERAL AGENCY, INC. (hereinafter "Genesee", (3) ADVENTURE OUTDOORS, INC. (hereinafter "Outdoors"), (4) WALLACE & WALLACE, INC. (hereinafter "Wallace") and (5) DICKERSON AGENCY, INC. (hereinafter "Dickerson") that: (i) the claims by NIC in this Action against Outdoors and Wallace, (ii) the counterclaims by Outdoors and Wallace against NIC; and (iii) the third-party claims by Outdoors and Wallace against Genesee and Dickerson, are hereby voluntarily dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Parties agree that each side will bear their own attorneys' fees and costs. The Parties further agree that this document may be signed in counterparts.

STIPULATED AND AGREED TO:

Dated:          May  21, 2008

                          WADE CLARK MULCAHY


                          By: Robert J. Cosgrove, Esq.
                          Co-Counsel for Nautilus and Genesee
                          111 Broadway
                          New York, New York 10006
                          rcosgrove@wcmlaw.com

STIPULATED AND AGREED TO:

Dated:        May _ 𝓍𝓍 _, 2008

FREEMAN MATHIS & GARY, LLP


By: Philip W. Savrin, Esq,
Co-Counsel for Nautilus and Genesee
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
psavrin@fmglaw.com

STIPULATED AND AGREED TO:

Dated:        May 30, 2008

LAW OFFICES OF EDWIN MARGER, LLC

By: Edwin Marger, Esq
Co-Counsel for Wallace and Outdoors
44 North Main Street
Jasper, Georgia  30143
EMarger@aol.com

STIPULATED AND AGREED TO:

Dated:          May/16, 2008

LAW OFFICES OF EDWIN MARGER, LLC

By: Bob Barr, Esq.
Co-Counsel for Wallace and Outdoors
44 North Main Street
Jasper, Georgia  30143
bob@bobbarr.org

STIPULATED AND AGREED TO:

Dated:          June 20 , 2008

Law Office of Harvey G. Berss

By: Stephanie F. Glickauf
Counsel for Dickerson Agency
2055 Sugarloaf Circle
Duluth, Georgia 30097
stegli@safeco.com